UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


MELISSA SYLVIA MAE NOIROT,

   Plaintiff,

-vs-                                                    CASE NO.:  8:13-CV-02121-MSS-MAP

ADCAHB MEDICAL COVERAGES, INC.,
A Florida Corporation, BLUE CROSS AND
BLUE SHIELD OF FLORIDA, INC., d/b/a
FLORIDA BLUE, A Florida Corporation, and
THE ICAN GROUP, LLC, a Florida limited
liability company,

   Defendants.
_____/


**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE ONLY AS TO
ADCAHB MEDICAL COVERAGES, INC., AND BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a FLORIDA BLUE**

COMES NOW the Plaintiff, MELISSA-SYLVIA MAE NOIROT, and hereby files this

Notice of Voluntary Dismissal With Prejudice only as to Defendants ADCAHB MEDICAL

COVERAGES, INC., and BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., d/b/a

FLORIDA BLUE, in the above captioned matter.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this _31st_ day of March, 2014, I electronically filed the

foregoing with the Clerk of the Court using CM/ECF system which will send a notice of

electronic filings via the Court's ECF system to the following parties on attached service list. I

further certify that I mailed the foregoing document and the notice of electronic filing by first-

class mail to the following non-CM/ECF participants: on Defendant THE ICAN GROUP LLC,

through Personal Service of Process or Service of Process on its Registered Agent.

Respectfully submitted,


_s/ David P. Mitchell_____
David P. Mitchell, Esquire
Florida Bar No:  0067249
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 222-4797
DMitchell@ForThePeople.com
VMarrero@ForThePeople.com
PMitchell@ForThePeople.com
Counsel for Plaintiff

SERVICE LIST
Melissa Sylvia Mae Noirot vs. Adcahb Medical Coverages, et al.
Case No.: 8:13-cv-02121-MSS-MAP


Ryan Stephen Cobbs, Esquire
Carlton Fields Pa, City Place Tower
525 Okeechobee Blvd
West Palm Beach, Florida 33401-6349
(Counsel for ADCAHB)

Aaron S. Weiss, Esquire
Avi R. Kaufman, Esquire
Carlton Fields, P.A.
100 Southeast Second Street, Suite 4200
Miami, FL 33131
(Counsel for ADCAHB)

John Patrick Marino, Esquire
Lindsey Trowell, Esquire
Smith Gambrell & Russell L L P
50 N Laura St Ste 2600
Jacksonville, Florida 3220236299
(Counsel for Florida Blue)

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC
c/o Deirdre M. MacCarthy, Assistant General Counsel
4800 Deerwood Campus Pkwy, DCC 107
Jacksonville, FL 32246.

The iCan Group LLC
c/o Torres Law, P.A. – Registered Agent
17501 Biscayne Blvd., Suite 470
Aventura, FL 33160