**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MELISSA SYLVIA MAE NOIROT,

    Plaintiff,

v.                                              Case No: 8:13-cv-2121-T-35MAP

ADCAHB MEDICAL COVERAGES, INC.,
a Florida corporation, BLUE CROSS AND
BLUE SHIELD OF FLORIDA INC., a
Florida Corporation, and THE ICAN
GROUP, LLC,

    Defendants.
_____/

## ORDER

    Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 30) as to Defendants ADCAHB MEDICAL COVERAGES, INC., and BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., d/b/a FLORIDA BLUE, only and pursuant to Fed.R.Civ. P. 41, it is hereby

    **ORDERED** that this case is **dismissed with prejudice as to Defendants ADCAHB MEDICAL COVERAGES, INC., and BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., d/b/a FLORIDA BLUE, only.** The **Clerk** is directed to terminate from the docket ADCAHB MEDICAL COVERAGES, INC., and BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

    **DONE and ORDERED** at Tampa, Florida this 1st day of April, 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party