UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELISSA SYLVIA MAE NOIROT,

  Plaintiff,

-vs-                                              CASE NO.:  8:13-CV-02121-MSS-MAP

THE ICAN GROUP, LLC, a Florida limited
liability company,

  Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    COMES NOW the Plaintiff, MELISSA-SYLVIA MAE NOIROT, and hereby files this Notice of Voluntary Dismissal With Prejudice in the above captioned matter.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 19th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notice of electronic filings via the Court's ECF system to:  Amy L. Drushal, Esquire, Trenam Kemker, P.A., aldrushal@trenam.com; labehr@trenam.com, (Counsel for The Ican Group, LLC).  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  None.

                                                          Respectfully submitted,

                                                          _s/ David P. Mitchell_____
                                                          David P. Mitchell, Esquire
                                                          Florida Bar No:  0067249
                                                          Morgan & Morgan, Tampa,  P.A.
                                                          201 N. Franklin Street, 7th Floor
                                                          Tampa, FL 33602
                                                          Tele:  (813) 223-5505
                                                          Fax:  (813) 222-4797
                                                          DMitchell@ForThePeople.com
                                                          VMarrero@ForThePeople.com
                                                          PMitchell@ForThePeople.com
                                                          Counsel for Plaintiff